UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WILLIAM JOHNSON,            )
    Petitioner          )
                            )
    v.                  )   C.A. 11-cv-30174-MAP
                            )
GARY RODEN,                 )
    Respondent          )

ORDER RE: STATUS REPORT

October 30, 2013

**PONSOR, U.S.D.J.**

On February 28, 2013, this court issued its Memorandum and Order (Dkt. No. 49) denying Petitioner's Motion for Stay and Abeyance (Dkt. No. 28), and indicating that Respondent's Motion to Dismiss (Dkt. No. 26) would be allowed unless, on or before April 5, 2013, Petitioner filed an amended petition deleting Grounds One and Four.

On April 2, 2013, Petitioner duly filed his Amended Petition for Writ of Habeas Corpus (Dkt. No. 50). On April 8, 2013, the court denied Respondent's Motion to Dismiss, and on April 29, 2013, Respondent filed his Response/Answer to the second amended petition. See Dkt. No. 52. Since, then, nothing has occurred in the case.

Counsel are hereby ordered to submit, on or before November 22, 2013, a written status report and proposed schedule for further proceedings. This may be a joint report

and proposed schedule, or if there is disagreement, individual reports. Absent submission of the required documents, the court will dismiss the petition.

    It is So Ordered.

                                      /s/ Michael A. Ponsor
                                     MICHAEL A. PONSOR
                                     U. S. District Judge